CHARLES H. BELLINGER, Respondent, *v.* THE GERMAN INSURANCE COMPANY OF FREEPORT, Appellant.

*Bellinger* v. *German Ins. Co.*, 113 App. Div. 917, affirmed.
(Argued June 13, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover on a policy of fire insurance.

*William D. Murray* for appellant.

*Henry Bacon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

———————

THE FIRST NATIONAL BANK OF WATERLOO, Respondent, *v.* GEORGE E. ZARTMAN, as Trustee in Bankruptcy of FRANCIS BACON, Appellant, Impleaded with Another.

*First Nat. Bank of Waterloo* v. *Bacon*, 113 App. Div. 612, affirmed.
(Argued June 13, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 22, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the reformation of a written agreement.

*George E. Zartman* and *Frederick L. Manning* for appellant.

*J. N. Hammond* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.